UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: April 12, 2021

CASE NO. 5:20 CR 691

COURT REPORTER: Lance Boardman

SENTENCING

UNITED STATES OF AMERICA

-VS-

SCOTT SMITH, JR.

APPEARANCES: Plaintiff: Damoun Delaviz
Defendant: J. Reid Yoder
Pretrial/Probation: Don Stranathan/Christopher Woo

PROCEEDINGS: The defendant is sentenced to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months on Count One of the Indictment. Defendant is given credit for time served in federal custody. Supervised Release is ordered for a term of 3 years with the standard/special conditions as directed. The Court recommends the 500-hour Residential Drug Abuse Treatment Program (RDAP) and Bureau of Prisons placement at Federal Correctional Institution Elkton, OH. Special assessment is due in the total amount of $100.00. The defendant is remanded to the custody of the United States Marshal.

/s/ Steven L. Marshall
Courtroom Deputy

Length of Proceedings: 30 minutes